**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

| | | |
|---|---|---|
| In re:  GREEN, NANCY | § | Case No. 13-02728 |
| Debtor(s) | § | |
| | § | |
| | § | |
| Debtor(s) | | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 01/24/2013. The undersigned trustee was appointed on 01/24/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $          167,955.87

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 79,065.73 |
| Bank service fees | 3,066.88 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]          $ | 70,823.26 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/24/2013 and the deadline for filing governmental claims was 07/23/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $8,215.86. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $8,215.86, for a total compensation of $8,215.86[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/22/2016 _____   By: /s/ Michael Desmond _____
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

_____
[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

Exhibit A

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page:     3

**Case No.:**   13-02728

**Case Name:**   GREEN, NANCY

**For Period Ending:**   04/22/2016

**Trustee Name:**   (330623) Michael Desmond

**Date Filed (f) or Converted (c):**   01/24/2013 (f)

**§ 341(a) Meeting Date:**   03/19/2013

**Claims Bar Date:**   07/24/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 4818 W. Huron Ave., Chicago 60644-1313 | 37,333.00 | 0.00 | | 0.00 | FA |
| 2 | MB Financial Checking Account | 550.00 | 373.00 | | 0.00 | FA |
| 3 | MB Finaincial Savings Account | 500.00 | 200.00 | | 0.00 | FA |
| 4 | Used Furniture | 500.00 | 500.00 | | 0.00 | FA |
| 5 | Used Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Misc Jewelry | 150.00 | 150.00 | | 0.00 | FA |
| 7 | Term Life Insurance with Sars | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Pension with General Foods | 20,000.00 | 0.00 | | 0.00 | FA |
| 9 | 1 Share of Common Stock with Avon - $16.48 per share | 16.62 | 0.14 | | 0.00 | FA |
| 10 | Estimated 2012 Tax Refund | 843.00 | 68.00 | | 0.00 | FA |
| 11 | Nancy Green v Chicago Medical Equip., Cook County Oak Forest Hospital EB 2012-L-001674 Susan E Loggans 312.201.8600 | 50,000.00 | 35,000.00 | | 167,955.87 | FA |
| 12 | 2009 Hynduai Santa Fe | 15,675.00 | 914.00 | | 0.00 | FA |
| 13 | AVON Inventory | 3,000.00 | 31.48 | | 0.00 | FA |
| **13** | **Assets       Totals**     (Excluding unknown values) | **$128,917.62** | **$37,236.62** | | **$167,955.87** | **$0.00** |

**UST Form 101-7-TFR (5/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Page:        4

**Case No.:**   13-02728

**Case Name:**   GREEN, NANCY

**For Period Ending:**   04/22/2016

**Trustee Name:**   (330623) Michael Desmond

**Date Filed (f) or Converted (c):**   01/24/2013 (f)

**§ 341(a) Meeting Date:**   03/19/2013

**Claims Bar Date:**   07/24/2013

**Major Activities Affecting Case Closing:**

Settlement of Lawsuit Approved.  Trustee to file Final Report.

**Initial Projected Date Of Final Report (TFR):**        06/30/2014

**Current Projected Date Of Final Report (TFR):**        09/30/2015

**UST Form 101-7-TFR (5/1/2011)**

Exhibit B

## Form 2

Page:        5

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-02728 | |
| **Case Name:** | GREEN, NANCY | |
| **Taxpayer ID #:** | **-***0248 | |
| **For Period Ending:** | 04/22/2016 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check or Ref. #** | **Paid To / Received From** | **Description of Transaction** | **Uniform Tran. Code** | **Deposit $** | **Disbursement $** | **Account Balance** |
| 11/12/2013 | {11} | Susan E Loggins & Assoc. Settlement Account | Settlement Proceeds check 1 of 3 | 1142-000 | 15,732.40 | | 15,732.40 |
| 11/12/2013 | {11} | Susan E Loggins & Assoc. Settlement Account | Settlement Proceeds check 3 of 3 | 1142-000 | 88,890.14 | | 104,622.54 |
| 11/12/2013 | {11} | Susan E Loggins & Assoc. Settlement Account | Settlement Proceeds check 2 of 3 | 1142-000 | 63,333.33 | | 167,955.87 |
| 11/18/2013 | 101 | Susan E. Loggins & Associates, P.C. | Allowed Attorneys fees per order dated 10-23-2013 | 3210-600 | | 63,333.33 | 104,622.54 |
| 11/18/2013 | 102 | Susan E. Loggins & Associates, P.C. | Allowed Expenses per order dated 10-23-2013 | 3220-610 | | 15,732.40 | 88,890.14 |
| 11/22/2013 | 103 | Nancy Green | Debtor's Personal Injury Exemption Pursuant to 735 ILCS 5/12-1001(h)(4) | 8100-002 | | 15,000.00 | 73,890.14 |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.46 | 73,799.68 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.87 | 73,667.81 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.49 | 73,558.32 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.74 | 73,459.58 |

*{} Asset Reference(s)*        **UST Form 101-7-TFR (5/1/2011)**                                                    *! - transaction has not been cleared*

Exhibit B

## Form 2

Page:       6

## Cash Receipts And Disbursements Record

| Case No.: | 13-02728 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | GREEN, NANCY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0248 | Account #: | ******8966 Checking Account |
| For Period Ending: | 04/22/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.13 | 73,357.45 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.55 | 73,244.90 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.35 | 73,139.55 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.69 | 73,037.86 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.56 | 72,922.30 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.38 | 72,820.92 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.72 | 72,709.20 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.06 | 72,601.14 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.98 | 72,507.16 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.19 | 72,388.97 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.12 | 72,284.85 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.03 | 72,187.82 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.75 | 72,077.07 |

{} Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                                                    ! - transaction has not been cleared

Exhibit B

## Form 2

Page:      7

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-02728 | |
| **Case Name:** | GREEN, NANCY | |
| **Taxpayer ID #:** | **-***0248 | |
| **For Period Ending:** | 04/22/2016 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.67 | 71,973.40 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.07 | 71,873.33 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.26 | 71,763.07 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.65 | 71,656.42 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 99.62 | 71,556.80 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 109.79 | 71,447.01 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 102.76 | 71,344.25 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 99.19 | 71,245.06 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 112.73 | 71,132.33 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 98.64 | 71,033.69 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 98.49 | 70,935.20 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 111.94 | 70,823.26 |

*{} Asset Reference(s)*      **UST Form 101-7-TFR (5/1/2011)**      *! - transaction has not been cleared*

Exhibit B

# Form 2

Page:        8

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 13-02728 | |
| **Case Name:** | GREEN, NANCY | |
| **Taxpayer ID #:** | **-***0248 | |
| **For Period Ending:** | 04/22/2016 | |

| | |
|---|---|
| **Trustee Name:** | Michael Desmond (330623) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******8966 Checking Account |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | COLUMN TOTALS | | 167,955.87 | 97,132.61 | $70,823.26 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 167,955.87 | 97,132.61 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$167,955.87** | **$82,132.61** | |

*{ } Asset Reference(s)*     **UST Form 101-7-TFR (5/1/2011)**     *! - transaction has not been cleared*

**Exhibit B**

## Form 2

Page:  9

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 13-02728 | **Trustee Name:** | Michael Desmond (330623) |
| **Case Name:** | GREEN, NANCY | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***0248 | **Account #:** | ******8966 Checking Account |
| **For Period Ending:** | 04/22/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8966 Checking Account | $167,955.87 | $82,132.61 | $70,823.26 |
| | **$167,955.87** | **$82,132.61** | **$70,823.26** |

UST Form 101-7-TFR (5/1/2011)

**Exhibit C**

## Analysis of Claims Register

**Case: 13-02728**                    **NANCY GREEN**

Claims Bar Date: 07/24/13

| Claim No. | Claimant Name/<br><Category>, Priority | Claim Type/<br>Date Filed | Claim Ref | Amount Filed/<br>Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Bank Of America, N.A.<br>201 N Tryon St<br>Charlotte, NC 28202<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>01/24/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| | Chase<br>10790 Rancho Bernardo Rd<br>San Diego, CA 92127<br><4110-000 Real Estate - Consensual Liens (mortgages, deeds of trust)><br>, 100 | Secured<br>01/24/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| FEE | Michael K. Desmond<br>10 South La Salle St. 3600<br>Chicago, IL 60603<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>01/24/13 | | $8,215.86<br>$8,215.86 | $0.00 | $8,215.86 |
| | MEMO: [Updated by Surplus to Debtor Report based on Net Estate Value: 90265.19] | | | | | |
| Fee | Figliulo & Silverman, P.C.<br>10 S. LaSalle St.<br>Suite 3600<br>Chicago, IL 60603<br><3120-000 Attorney for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>04/22/16 | | $6,912.50<br>$6,912.50 | $0.00 | $6,912.50 |
| SURPLUS | GREEN, NANCY<br>4818 W. HURON AVE.<br>CHICAGO, IL 60644-1313<br><8200-000 Surplus Funds Paid to Debtor Section 726(a)(6)><br>, 650 | Administrative<br>04/22/16 | | $62,690.68<br>$53,638.66 | $0.00 | $53,638.66 |
| | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>01/24/13 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 1 | IRS<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346<br><5800-000 Claims of Governmental Units - § 507(a)(8)><br>, 570 | Priority<br>04/26/13 | | $1,178.80<br>$1,178.80 | $0.00 | $1,178.80 |

**UST Form 101-7-TFR (5/1/2011)**

**Exhibit C**

# Analysis of Claims Register

**Case: 13-02728**                    **NANCY GREEN**

Claims Bar Date: 07/24/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Cap One Po Box 85520 Richmond, VA 23285 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/24/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/24/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Credit Management Co 200 S Monroe Ave Greenbay, WI 54301 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/24/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Illinois Collection Se 8231 185th St Ste 100 Tinley Park, IL 60487 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/24/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | Mrsi 2250 E Devon Ave Ste 352 Des Plaines, IL 60018 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/24/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | United Collect Bur Inc 5620 Southwyck Blvd Ste Toledo, OH 43614 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/24/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| | United Collect Bur Inc 5620 Southwyck Blvd Ste Toledo, OH 43614 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 01/24/13 | | $0.00 $0.00 | $0.00 | $0.00 |
| 1I | IRS P.O. Box 7346 Philadelphia, PA 19101-7346 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 04/22/16 | | $5.53 $5.53 | $0.00 | $5.53 |

**Exhibit C**

## Analysis of Claims Register

Case: **13-02728**                                   **NANCY GREEN**

Claims Bar Date: 07/24/13

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 <7100-000 Section 726(a)(2) General Unsecured Claims> , 610 | Unsecured 05/31/13 | | $867.84 $867.84 | $0.00 | $867.84 |
| 2I | American InfoSource LP as agent for Midland Funding LLC PO Box 268941 Oklahoma City, OK 73126-8941 <7990-000 Surplus Case Interest on Unsecured Claims (including priority)> , 640 | Unsecured 04/22/16 | | $4.07 $4.07 | $0.00 | $4.07 |
| | | | **Case Total:** | | **$0.00** | **$70,823.26** |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 13-02728
Case Name: NANCY GREEN
Trustee Name: Michael Desmond

**Balance on hand:**          $                    70,823.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:    $          0.00
Remaining balance:                         $     70,823.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 8,215.86 | 0.00 | 8,215.86 |
| Attorney for Trustee, Expenses - Figliulo & Silverman, P.C. | 6,912.50 | 0.00 | 6,912.50 |

Total to be paid for chapter 7 administrative expenses:    $     15,128.36
Remaining balance:                                          $     55,694.90

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:    $          0.00
Remaining balance:                                             $     55,694.90

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,178.80 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | IRS | 1,178.80 | 0.00 | 1,178.80 |

**UST Form 101-7-TFR(5/1/2011)**

|  | | | |
|---|---|---|---|
| Total to be paid for priority claims: | $ | 1,178.80 | |
| Remaining balance: | $ | 54,516.10 | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $867.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | American InfoSource LP as agent for | 867.84 | 0.00 | 867.84 |

|  | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 867.84 |
| Remaining balance: | $ | 53,648.26 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | | |
|---|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 53,648.26 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 53,648.26 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.14% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $9.60. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $53,638.66.

**UST Form 101-7-TFR(5/1/2011)**