**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division DIVISION**

In re:  GREEN, NANCY　　　　　　　　　§　Case No. 13-02728
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　§
　　　　　Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

　　　　Michael Desmond, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $78,917.62 | Assets Exempt: | $43,250.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $2,056.41 | Claims Discharged Without Payment: | $22,162.00 |
| Total Expenses of Administration: | $97,260.98 | | |

　　　　3) Total gross receipts of $167,955.87 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $68,638.48 (see **Exhibit 2**), yielded net receipts of $99,317.39 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $62,543.25 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $97,260.98 | $97,260.98 | $97,260.98 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $5.00 | $1,178.80 | $1,178.80 | $1,178.80 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $22,162.00 | $867.84 | $877.61 | $877.61 |
| **TOTAL DISBURSEMENTS** | $84,710.25 | $99,307.62 | $99,317.39 | $99,317.39 |

4) This case was originally filed under chapter 7 on 01/24/2013.  The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  10/17/2016   By: /s/ Michael Desmond
                              Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

Case 13-02728   Doc 46   Filed 11/03/16   Entered 11/03/16 14:42:20   Desc Main
          Document      Page 3 of 13


# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Nancy Green v Chicago Medical Equip., Cook County Oak Forest Hospital EB 2012-L-001674 Susan E Loggans 312.201.8600 | 1142-000 | $167,955.87 |
| **TOTAL GROSS RECEIPTS** | | **$167,955.87** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Nancy Green | Debtor's Personal Injury Exemption Pursuant to 735 ILCS 5/12-1001(h)(4); $15,000.00 | 8100-002 | $15,000.00 |
| GREEN, NANCY | Surplus funds returned to debtor; $53,638.48 | 8200-002 | $53,638.48 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$68,638.48** |

## EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| N/F | Bank Of America, N.A. | 4110-000 | $11,098.00 | NA | NA | NA |
| N/F | Chase | 4110-000 | $51,445.25 | NA | NA | NA |
| | **TOTAL SECURED** | | **$62,543.25** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Michael K. Desmond | 2100-000 | NA | $8,215.87 | $8,215.87 | $8,215.87 |
| Attorney for Trustee, Expenses - Figliulo & Silverman, P.C. | 3120-000 | NA | $6,912.50 | $6,912.50 | $6,912.50 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $3,066.88 | $3,066.88 | $3,066.88 |
| Special Counsel for Trustee Fees - Susan E. Loggins & Associates, P.C. | 3210-600 | NA | $63,333.33 | $63,333.33 | $63,333.33 |
| Special Counsel for Trustee Expenses - Susan E. Loggins & Associates, P.C. | 3220-610 | NA | $15,732.40 | $15,732.40 | $15,732.40 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$97,260.98** | **$97,260.98** | **$97,260.98** |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | IRS | 5800-000 | $0.00 | $1,178.80 | $1,178.80 | $1,178.80 |
| N/F | IRS | 5800-000 | $5.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$5.00** | **$1,178.80** | **$1,178.80** | **$1,178.80** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1I | IRS | 7990-000 | NA | NA | $5.63 | $5.63 |
| 2 | American InfoSource LP as agent for | 7100-000 | $0.00 | $867.84 | $867.84 | $867.84 |
| 2I | American InfoSource LP as agent for | 7990-000 | NA | NA | $4.14 | $4.14 |
| N/F | Cap One | 7100-000 | $588.00 | NA | NA | NA |
| N/F | Citi | 7100-000 | $20,335.00 | NA | NA | NA |
| N/F | Credit Management Co | 7100-000 | $122.00 | NA | NA | NA |
| N/F | Illinois Collection Se | 7100-000 | $100.00 | NA | NA | NA |
| N/F | Mrsi | 7100-000 | $947.00 | NA | NA | NA |
| N/F | United Collect Bur Inc | 7100-000 | $33.00 | NA | NA | NA |
| N/F | United Collect Bur Inc | 7100-000 | $37.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$22,162.00** | **$867.84** | **$877.61** | **$877.61** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

# Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 1

**Case No.:** 13-02728
**Case Name:** GREEN, NANCY
**For Period Ending:** 10/17/2016

**Trustee Name:** (330623) Michael Desmond
**Date Filed (f) or Converted (c):** 01/24/2013 (f)
**§ 341(a) Meeting Date:** 03/19/2013
**Claims Bar Date:** 07/24/2013

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Location: 4818 W. Huron Ave., Chicago 60644-1313 | 37,333.00 | 0.00 | | 0.00 | FA |
| 2 | MB Financial Checking Account | 550.00 | 373.00 | | 0.00 | FA |
| 3 | MB Finaincial Savings Account | 500.00 | 200.00 | | 0.00 | FA |
| 4 | Used Furniture | 500.00 | 500.00 | | 0.00 | FA |
| 5 | Used Clothing | 350.00 | 0.00 | | 0.00 | FA |
| 6 | Misc Jewelry | 150.00 | 150.00 | | 0.00 | FA |
| 7 | Term Life Insurance with Sars | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Pension with General Foods | 20,000.00 | 0.00 | | 0.00 | FA |
| 9 | 1 Share of Common Stock with Avon - $16.48 per share | 16.62 | 0.14 | | 0.00 | FA |
| 10 | Estimated 2012 Tax Refund | 843.00 | 68.00 | | 0.00 | FA |
| 11 | Nancy Green v Chicago Medical Equip., Cook County Oak Forest Hospital EB 2012-L-001674 Susan E Loggans 312.201.8600 | 50,000.00 | 35,000.00 | | 167,955.87 | FA |
| 12 | 2009 Hynduai Santa Fe | 15,675.00 | 914.00 | | 0.00 | FA |
| 13 | AVON Inventory | 3,000.00 | 31.48 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 2

| Case No.: | 13-02728 | Trustee Name: | (330623) Michael Desmond |
|---|---|---|---|
| Case Name: | GREEN, NANCY | Date Filed (f) or Converted (c): | 01/24/2013 (f) |
| | | § 341(a) Meeting Date: | 03/19/2013 |
| For Period Ending: | 10/17/2016 | Claims Bar Date: | 07/24/2013 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 13 | Assets Totals (Excluding unknown values) | $128,917.62 | $37,236.62 | | $167,955.87 | $0.00 |

**Major Activities Affecting Case Closing:**

Final Report Approved. Disributions made. Will file TDR once all checks clear bank.

| Initial Projected Date Of Final Report (TFR): | 06/30/2014 | Current Projected Date Of Final Report (TFR): | 05/23/2016 (Actual) |
|---|---|---|---|

10/17/2016  /s/Michael Desmond

Date  Michael Desmond

UST Form 101-7-TDR ( 10 /1/2010)

Exhibit 9
Page: 1

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-02728 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | GREEN, NANCY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0248 | Account #: | ******8966 Checking Account |
| For Period Ending: | 10/17/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/12/2013 | {11} | Susan E Loggins & Assoc. Settlement Account | Settlement Proceeds check 1 of 3 | 1142-000 | 15,732.40 | | 15,732.40 |
| 11/12/2013 | {11} | Susan E Loggins & Assoc. Settlement Account | Settlement Proceeds check 3 of 3 | 1142-000 | 88,890.14 | | 104,622.54 |
| 11/12/2013 | {11} | Susan E Loggins & Assoc. Settlement Account | Settlement Proceeds check 2 of 3 | 1142-000 | 63,333.33 | | 167,955.87 |
| 11/18/2013 | 101 | Susan E. Loggins & Associates, P.C. | Allowed Attorneys fees per order dated 10-23-2013 | 3210-600 | | 63,333.33 | 104,622.54 |
| 11/18/2013 | 102 | Susan E. Loggins & Associates, P.C. | Allowed Expenses per order dated 10-23-2013 | 3220-610 | | 15,732.40 | 88,890.14 |
| 11/22/2013 | 103 | Nancy Green | Debtor's Personal Injury Exemption Pursuant to 735 ILCS 5/12-1001(h)(4) | 8100-002 | | 15,000.00 | 73,890.14 |
| 11/29/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 90.46 | 73,799.68 |
| 12/31/2013 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 131.87 | 73,667.81 |
| 01/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 109.49 | 73,558.32 |
| 02/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 98.74 | 73,459.58 |

{ } Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)   ! - transaction has not been cleared

Exhibit 9

Page: 2

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-02728 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | GREEN, NANCY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0248 | Account #: | ******8966 Checking Account |
| For Period Ending: | 10/17/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 03/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 102.13 | 73,357.45 |
| 04/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 112.55 | 73,244.90 |
| 05/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 105.35 | 73,139.55 |
| 06/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.69 | 73,037.86 |
| 07/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 115.56 | 72,922.30 |
| 08/29/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 101.38 | 72,820.92 |
| 09/30/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 111.72 | 72,709.20 |
| 10/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 108.06 | 72,601.14 |
| 11/28/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 93.98 | 72,507.16 |
| 12/31/2014 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 118.19 | 72,388.97 |
| 01/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.12 | 72,284.85 |
| 02/27/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 97.03 | 72,187.82 |
| 03/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.75 | 72,077.07 |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Exhibit 9
Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-02728 | Trustee Name: | Michael Desmond (330623) |
| --- | --- | --- | --- |
| Case Name: | GREEN, NANCY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0248 | Account #: | ******8966 Checking Account |
| For Period Ending: | 10/17/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 103.67 | 71,973.40 |
| 05/29/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.07 | 71,873.33 |
| 06/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 110.26 | 71,763.07 |
| 07/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 106.65 | 71,656.42 |
| 08/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 99.62 | 71,556.80 |
| 09/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 109.79 | 71,447.01 |
| 10/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 102.76 | 71,344.25 |
| 11/30/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 99.19 | 71,245.06 |
| 12/31/2015 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 112.73 | 71,132.33 |
| 01/29/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 98.64 | 71,033.69 |
| 03/01/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 98.49 | 70,935.20 |
| 03/31/2016 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 111.94 | 70,823.26 |

{} Asset Reference(s)   UST Form 101-7-TDR ( 10 /1/2010)                                 ! - transaction has not been cleared

Case 13-02728    Doc 46    Filed 11/03/16    Entered 11/03/16 14:42:20    Desc Main
Document      Page 11 of 13

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-02728 | Trustee Name: | Michael Desmond (330623) |
| Case Name: | GREEN, NANCY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0248 | Account #: | ******8966 Checking Account |
| For Period Ending: | 10/17/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/22/2016 | 104 | Michael K. Desmond | Dividend paid 100.00% on $8,215.87 \| Claim # FEE \| Filed: $8,215.87 | 2100-000 | | 8,215.87 | 62,607.39 |
| 06/22/2016 | 105 | Figliulo & Silverman, P.C. | Dividend paid 100.00% on $6,912.50 \| Claim # Fee \| Filed: $6,912.50 | 3120-000 | | 6,912.50 | 55,694.89 |
| 06/22/2016 | 106 | IRS | Combined Dividend paid 100.00% on $1,178.80 \| Claim # 1 \| Filed: $1,178.80 Interest paid 0.48% on $1,178.80 \| Claim # 1 \| Filed: $1,178.80 | | | 1,184.43 | 54,510.46 |
| | | | Claims Distribution - Wed, 06-22-2016              $1,178.80 | 5800-000 | | | 54,510.46 |
| | | | Claims Distribution - Wed, 06-22-2016              $5.63 | 7990-000 | | | 54,510.46 |
| 06/22/2016 | 107 | American InfoSource LP as agent for | Combined Dividend paid 100.00% on $867.84 \| Claim # 2 \| Filed: $867.84 Interest paid 0.48% on $867.84 \| Claim # 2 \| Filed: $867.84 | | | 871.98 | 53,638.48 |

{} Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)                    ! - transaction has not been cleared

Exhibit 9
Page: 5

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 13-02728 | Trustee Name: | Michael Desmond (330623) |
|---|---|---|---|
| Case Name: | GREEN, NANCY | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0248 | Account #: | ******8966 Checking Account |
| For Period Ending: | 10/17/2016 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Claims Distribution - Wed, 06-22-2016 $867.84 | 7100-000 | | | 53,638.48 |
| | | | Claims Distribution - Wed, 06-22-2016 $4.14 | 7990-000 | | | 53,638.48 |
| 06/22/2016 | 108 | GREEN, NANCY | Surplus funds returned to debtor | 8200-002 | | 53,638.48 | 0.00 |
| | | **COLUMN TOTALS** | | | 167,955.87 | 167,955.87 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 167,955.87 | 167,955.87 | |
| | | Less: Payments to Debtors | | | | 68,638.48 | |
| | | **NET Receipts / Disbursements** | | | **$167,955.87** | **$99,317.39** | |

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

# Form 2

Exhibit 9

Page: 6

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 13-02728 | **Trustee Name:** | Michael Desmond (330623) | |
| **Case Name:** | GREEN, NANCY | **Bank Name:** | Rabobank, N.A. | |
| **Taxpayer ID #:** | **-***0248 | **Account #:** | ******8966 Checking Account | |
| **For Period Ending:** | 10/17/2016 | **Blanket Bond (per case limit):** | $5,000,000.00 | |
| | | **Separate Bond (if applicable):** | N/A | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******8966 Checking Account | $167,955.87 | $99,317.39 | $0.00 |
| | **$167,955.87** | **$99,317.39** | **$0.00** |

**10/17/2016**                                              /s/Michael Desmond
**Date**                                                    **Michael Desmond**

**UST Form 101-7-TDR (10 /1/2010)**